IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:24-cv-00602

| | |
|---|---|
| Life Butter, LLC | ) |
| | ) |
| Plaintiff(s), | ) |
| v. | ) |
| | ) |
| BPI Equipment, Inc. | ) |
| | ) |
| Defendant(s). | ) |

DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY
OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party to the action. Counsel has a continuing duty to update this information. An executed form should be electronically-filed. Plaintiff or the moving party must serve this form on the defendant(s) or respondent(s) when initial service is made.

**BPI Equipment, Inc.** who is **Defendant**
*(Name of Party)*  *(Plaintiff / moving party or defendant)*

makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   ☐ Yes   ☑ No

2. Does the party have any parent corporations?
   ☐ Yes   ☑ No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   ☐ Yes   ☑ No

   If yes, identify all such owners:

NCWD-Corporate Disclosure – Sept. 2016

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes   ☑ No

   If yes, identify the entity and the nature of its interest:

5. Is the party a trade association?
   ☐ Yes   ☑ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

s/ C. Bailey King, Jr.                 7/1/2024
Signature of Attorney                   Date

NCWD-Corporate Disclosure – Sept. 2016

Case 3:24-cv-00602-FDW-SCR   Document 2   Filed 07/01/24   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I am serving all parties via e-mail and by depositing a copy thereof in the United States mail, first class, postage prepaid, addressed to the following counsel of record:

>Kyle L. Putnam
>Hull & Chandler, P.A.
>1009 East Blvd.
>Charlotte, NC 28203
>kputnam@lawyercarolina.com

This the 1st day of July, 2024.

>*/s/ C. Bailey King, Jr.*
>C. Bailey King, Jr.