IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 3:24-cv-00602

Life Butter, LLC )
_____ )
        Plaintiff(s), )
v. )
  )
BPI Equipment, Inc. )
_____ )
        Defendant(s). )

## DISCLOSURE BY PARTY OR INTERVENOR
## IN A DIVERSITY CASE

This disclosure must be filed on behalf of each party or intervenor to an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a). Counsel has a continuing duty to update this information. An executed form should be electronically filed. The disclosing party must file this disclosure at the time of the party's first appearance, pleading, petition, motion, response, or other request addressed to the Court. The disclosing party also must serve this form on the other parties to the action.

BPI Equipment, Inc. who is Defendant
*(Name of Party)*       *(Plaintiff / Defendant/Movant/Intervenor)*

makes the following disclosures:

    1.     Is the party identified above an individual?

        ___ YES          **X** NO

        If the answer is "YES," identify the State citizenship of that individual:

        _____

        If the answer is "NO," proceed to question No. 2 below.

2. Identify the name and State citizenship of every individual or entity whose citizenship is attributable[1] to the party identified above:

| Name of Individual/Entity | Citizenship |
|---|---|
| BPI Equipment, Inc. | Indiana |

s/ C. Bailey King, Jr.    7/1/2024
Signature of Attorney     Date

---

[1] "For purposes of diversity jurisdiction, the citizenship of a limited liability company . . . is determined by the citizenship of all of its members." Cent. W. Va. Energy Co., Inc. v. Mountain State Carbon, LLC, 636 F.3d 101, 103 (4th Cir. 2011). When members are LLCs themselves, the citizenship issues must be traced through until one reaches only individuals and/or corporations. See Jennings v. HCR ManorCare, Inc., 901 F.Supp.2d 649, 651 (D.S.C. 2012) ("an LLC's members' citizenship must be traced through however many layers of members there may be").

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I am serving all parties via e-mail and by depositing a copy thereof in the United States mail, first class, postage prepaid, addressed to the following counsel of record:

>Kyle L. Putnam
>Hull & Chandler, P.A.
>1009 East Blvd.
>Charlotte, NC 28203
>kputnam@lawyercarolina.com

This the 1st day of July, 2024.

>*/s/ C. Bailey King, Jr.*
>C. Bailey King, Jr.