IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO. 3:24-CV-00602

| | |
|---|---|
| Life Butter, LLC<br><br>                               **Plaintiff,**<br><br>v.<br><br>BPI Equipment, Inc.<br><br>                              **Defendant,** | <u>**Notice of Appearance**</u> |

**PLEASE TAKE NOTICE** that Elizabeth Vennum of the law firm Hull & Chandler, 1009 East Boulevard Charlotte, North Carolina 28203, hereby files this Notice of Appearance as counsel for Plaintiff, Life Butter, LLC.

This the 26th day of July 2024.

**HULL & CHANDLER**

By:   */s/ Elizabeth Vennum*
        Elizabeth Vennum
        N.C. State Bar No. 49747
        Hull & Chandler
        1009 East Boulevard
        Charlotte, NC 28203
        lvennum@lawyercarolina.com
        Tel. (704) 375-8488
        *Counsel for Plaintiff*

## Certificate of Service

This is to certify that on this date the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the following CM/ECF participants:

C. Bailey King, Jr.
Bradley Arant Boult Cummings LLP
bking@bradley.com
*Attorney for Defendant*

Anna E. Hamel
Bradley Arant Boult Cummings LLP
ahamel@bradley.com
*Attorney for Defendant*

This the 26th day of July 2024.

**HULL & CHANDLER**

By: */s/ Elizabeth Vennum*
Elizabeth Vennum