IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO. 3:24-CV-00602

**Life Butter, LLC**

          **Plaintiff,**

v.

         **Order**

**BPI Equipment, Inc.**

          **Defendant,**

Before the Court is the Parties' Joint Motion to extend by sixty (60 days) days the time for Plaintiff to file a responsive pleading to Defendant's Motion to Dismiss (Document No. 7), and to extend the Parties' deadline to amend the pleadings by thirty (30) days.

This action is governed by the Honorable Frank D. Whitney's "Standing Order Governing Civil Case Management before the Honorable Frank D. Whitney" (document #2, 3:07MC47). As such, the "Initial Scheduling Order" provides in Section 3(b)(vi) that "Motions for extensions shall not be granted except upon a showing of good cause (consent of opposing counsel alone is not sufficient)."

In the Joint Motion, the Parties represent that they believe they have reached the terms of a settlement agreement, and require this additional time in order to complete the actions required by their settlement. The Court deems this "good cause shown."

NOW THEREFORE, the deadline for Plaintiff's response to Defendant's Motion to Dismiss is extended through October 29, 2024, and the deadline for the Parties to amend pleadings is extended through November 4, 2024.

**SO ORDERED**

_____