IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION FILE NO. 3:24-CV-00602

| | |
|---|---|
| **Life Butter, LLC**<br><br>         **Plaintiff,**<br><br>v.<br><br>**BPI Equipment, Inc.**<br><br>         **Defendant,** | **Stipulation of Dismissal Without Prejudice** |

  **NOW COME** Plaintiff Life Butter, LLC, by and through its undersigned counsel, and Defendant BPI Equipment, Inc., by and through its undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate and agree to the dismissal of all claims without prejudice, each Party to bear its own costs and attorneys' fees.

  Respectfully submitted this the 28th day of October, 2024.

By: /s/ Bailey King
  C. Bailey King, Jr.
  NC Bar No. 34043
  Anna E. Hamel
  NC Bar No 60906
  214 North Tryon Street, Suite 3700
  Charlotte, NC 28202
  Phone: (704) 338-6027
  bking@bradley.com
  ahamel@bradley.com
  *Counsel for Defendant*

By: /s/ Elizabeth Vennum
  Elizabeth Vennum
  NC Bar No. 49747
  Kyle Putnam
  NC Bar No. 56382
  Hull & Chandler, P.A.
  1009 East Boulevard
  Charlotte, NC 28203
  Phone: (704) 375-8488
  lvennum@lawyercarolina.com
  kputnam@lawyercarolina.com
  *Counsel for Plaintiff*

<u>**Certificate of Service**</u>

      I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of this filing and an electronic copy of same to all counsel of record registered with the CM/ECF system.

This the 28th of October, 2024.

**HULL & CHANDLER, P.A.**

By:   <u>/s/ Elizabeth Vennum</u>
      Elizabeth Vennum